IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TAMMY L. THOMPSON, D.D.S.    :    CIVIL ACTION
                             :
         v.                  :
                             :
RELIANCE STANDARD LIFE       :
INSURANCE COMPANY, *et al.*  :    NO. 09-1757

ORDER

AND NOW, this 19th day of January 2010, upon consideration of the pending motions and any responses thereto, and after oral argument, IT IS ORDERED:

1. That the Defendants' Motion to Strike Response in Opposition to Motion for Summary Judgment is DENIED.

2. That the Defendants' Motion for Summary Judgment is DENIED.

3. That within 10 days the parties may submit supplemental briefs on the question of whether summary judgment should be entered in favor of the plaintiff.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,    Sr. J.